**Robert W. Thompson (SBN: 250038)**
**TLO LAW, P.C.**
**700 Airport Boulevard, Suite 160**
**Burlingame, CA 94010**
**Tel: 650-513-6111**
**Fax: 650-513-6071**
**Email: bobby@tlopc.com**

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KEVIN MCGINNIS,
By and through his
Duly appointed Guardian
& Conservator, PAMELA
MCGINNIS, and
PAMELA MCGINNIS, Individually,
                    Plaintiffs,

           vs.

comma.ai, Inc. a
Delaware corporation; and
ALLEN G. ROBBERSON,
an Individual,
                    Defendants.

CASE NO:  3:26-cv-1365

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

        COMES NOW Plaintiffs, by and through counsel, and pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the above causes of action **WITHOUT** Prejudice to refiling. No opposing party has files or served an Answer or motion for summary judgement, and the dismissal is effective without a court order.

Date: February 16, 2025                    _/s/ Robert W. Thompson_____
                                                          TLO LAW, P.C.
                                                          Attorneys for Plaintiffs

1
NOTICE OF DISMISSAL WITHOUT PREJUDICE

## PROOF OF SERVICE

**STATE OF MISSOURI, COUNTY OF JACKSON**

At the time of service, I was over 18 years of age and **not a party to this action.** I Am employed in the County of Jackson County, State of Missouri.  My business address is 4801 Main Street, Suite 375, Kansas City, Missouri 64112.

On February 16, 2026, I served true copies of the following document(s) described as **NOTICE OF DISMISSAL WITHOUT PREJUDICE** on the interested parties in the action as follows:

Jeffrey N. Brown
THOMPSON COBURN LLP
10100 Santa Monica Boulevard, Suite 500
Los Angeles, California 90067
jbrown@thompsoncoburn.com
Attorney for Defendant Comma.ai, Inc.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Base on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address kirk@presleyandpresley.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 16, 2026 at Kansas City, Missouri.

*/s/ Kirk R. Presley*
KIRK R. PRESLEY